## Chester BENDER v. STATE.
### No. 13678.

Court of Criminal Appeals of Texas.

June 18, 1930.

Ben C. Arnold, of Barstow, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for passing a forged instrument; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment charges the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

## Booker CUMMINGS v. STATE.
### No. 13694.

Court of Criminal Appeals of Texas.

June 25, 1930.

Joe Hughes, of Texarkana, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for cattle theft; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence are in conformity with law.

The judgment will be affirmed.

## H. K. HARPER v. STATE.
### No. 13576.

Court of Criminal Appeals of Texas.

June 25, 1930.

W. B. Howard, of Childress, for appellant.

A. A. Dawson, State's Atty., of Austin, for the state.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment, two years in the penitentiary.

The offense is completely made out by the testimony of an accomplice witness. The corroborating testimony is deemed sufficient.

The judgment is affirmed.

## Ed HUSE v. STATE.
### No. 13685.

Court of Criminal Appeals of Texas.

June 18, 1930.

Collins & Martin, of Hillsboro, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Cattle theft is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Joe JANAK v. STATE.
### No. 13711.

Court of Criminal Appeals of Texas.

June 25, 1930.

Fuller & Fuller, of Houston, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Robbery by assault is the offense; punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.